UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE C. HAGGARTY, | No. C 08-01609 (JCS) |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| STRYKER ORTHOPAEDICS, ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference before Magistrate Judge Spero previously noticed for July 11, 2008, at 1:30 p.m., has been reset to **July 25, 2008, at 1:30 p.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The joint case management conference statement shall be due by **July 18, 2008**. Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: March 31, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _Karen L. Hom_
Karen L. Hom
Courtroom Deputy