| *Attorney or Party without Attorney:* | | | | | *For Court Use Only* |
|---|---|---|---|---|---|
| COTCHETT, PITRE & MCCARTHY <br> 840 MALCOLM ROAD, STE. 200 <br> BURLINGAME, CA 94010 | | | | | FILED <br> APR -7 AM 11: 55 |
| *Telephone No:* 650-697-6000  *FAX No:* 650-697-0577 | | | | | |
| | | *Ref. No. or File No.:* | | | |
| *Attorney for:* Plaintiff | | | | | |
| *Insert name of Court, and Judicial District and Branch Court:* | | | | | |
| United States District Court, Northern District Of California | | | | | |
| *Plaintiff:* CLAIRE C. HAGGARTY | | | | | |
| *Defendant:* STRYKER ORTHOPAEDICS; ET AL | | | | | |
| **PROOF OF SERVICE** <br> **SUMMONS IN A CIVIL** | *Hearing Date:* <br> Fri, Jul. 11, 2008 | *Time:* <br> 1:30PM | *Dept/Div:* | *Case Number:* <br> CV081609 JCS | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Class Action Complaint; Notice Of Interested Parties; Notice Of Assignment Of Case To A Us Magistrate Judge For Trial; Blank Consent To Proceed Before A United States Magistrate Judge; Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A Usdc Judge; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order; Notice Of Rule Discontinuing Service By Mail; Ecf Registration Information Handout; Adr Package; Civil Cover Sheet

3. a. Party served:  HOWMEDICA OSTEONICS CORPORATION
   b. Person served: MARGARET WILSON, PROCESS SPECIALIST FOR CT CORPORATION SYSTEM, AGENT FOR SERVICE

4. Address where the party was served: 818 W. SEVENTH ST
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Mar. 27, 2008 (2) at: 2:17PM

7. *Person Who Served Papers:*      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MOHAMMAD RAFIQUZZAMAN

   ★A & A LEGAL SERVICE★

   1541 Bayshore Hwy.        GENERAL@AALEGALSERVICE.COM
   Burlingame, CA 94010-1602    Fax (650) 697-4640
   (650) 697-9431

   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:  5722
      (iii) County:  Los Angeles
      (iv) Expiration Date:  Tue, Jul. 08, 2008

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Apr. 02, 2008

*Judicial Council Form*        PROOF OF SERVICE        (MOHAMMAD RAFIQUZZAMAN)
Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS IN A CIVIL                6976000.44820

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Claire C. Haggarty | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. |
| Stryker Orthopaedics, et al. [See attachment] | ) |
| Defendant | ) |

CV 08 1609 JCS

## Summons in a Civil Action

To: _____
 *(Defendant's name)*

A lawsuit has been filed against you.

 Within ___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Frank M. Pitre, Laura Schlichtmann, Ara Jabagchourian
Cotchett, Pitre & McCarthy
840 Malcolm Road
Burlingame, CA 94010
Tele: (650) 697-6000  Fax: (650) 697-0577

Dario de Ghetaldi, George Corey
Corey, Luzaich, et al.
700 El Camino Real
Millbrae, CA 94030
Tele: (650) 871-5666

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: MAR 25 2008

Richard W. Wieking
Name of clerk of court

Deputy clerk's signature

MARY ANN BUCKLEY

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*