KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
William M. Goodman (SBN 61305)
wgoodman@kasowitz.com
Daniel F. Cook (SBN 70484)
dcook@kasowitz.com
Donald J. Putterman (SBN 90822)
dputterman@kasowitz.com
101 California Street, Suite 2050
San Francisco, CA 94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030

Attorneys for Defendants
STRYKER ORTHOPAEDICS (aka STRYKER
ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.);
HOWMEDICA OSTEONICS CORPORATION;
STRYKER CORPORATION; and STRYKER SALES
CORPORATION

## UNITED DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE C. HAGGARTY,  individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>STRYKER ORTHOPAEDICS (aka STRYKER ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION; and STRYKER SALES CORPORATION,<br><br>          Defendants. | Case No: CV-08-01609-JCS<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the law firm of Kasowitz, Benson, Torres, & Friedman LLP and William M. Goodman, Daniel F. Cook and Donald J. Putterman hereby appear in the above-entitled action on behalf of Defendants STRYKER ORTHOPAEDICS (aka STRYKER ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION; and STRYKER SALES CORPORATION and request that all further orders, papers and pleadings be served on the following:

William M. Goodman
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2050
San Francisco, CA 94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030
E-mail:  wgoodman@kasowitz.com

DATED:  April 15, 2008                    KASOWITZ BENSON TORRES & FRIEDMAN LLP

By:    /s/ William M. Goodman

WILLIAM M. GOODMAN
Attorneys for Defendants
STRYKER ORTHOPAEDICS (aka STRYKER
ORTHOPEDICS; aka STRYKER ORTHOPEDICS,
INC.); HOWMEDICA OSTEONICS
CORPORATION; STRYKER CORPORATION;
and STRYKER SALES CORPORATION

NOTICE OF APPEARANCE
Doc. 8005702

CV-08-01609-JCS