1  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   William M. Goodman (SBN 61305)
2  wgoodman@kasowitz.com
   Daniel F. Cook (SBN 70484)
3  dcook@kasowitz.com
   Donald J. Putterman (SBN 90822)
4  dputterman@kasowitz.com
   101 California Street, Suite 2050
5  San Francisco, CA 94111
   Telephone:  (415) 421-6140
6  Facsimile:  (415) 398-5030

7  Attorneys for Defendants
   STRYKER ORTHOPAEDICS (aka STRYKER
8  ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.);
   HOWMEDICA OSTEONICS CORPORATION;
9  STRYKER CORPORATION; AND STRYKER SALES
   CORPORATION

## UNITED DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE C. HAGGARTY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STRYKER ORTHOPAEDICS (aka STRYKER ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION; and STRYKER SALES CORPORATION,<br><br>Defendants. | Case No: CV-08-01609-JCS<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

Plaintiff CLAIRE C. HAGGARTY, individually and on behalf of all others similarly situated and Defendants STRYKER ORTHOPAEDICS (aka STRYKER ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION; and STRYKER SALES CORPORATION ("Defendants"), by and through their respective counsel, hereby stipulate that the time in which Defendants shall have to

///

1  respond to the Complaint filed herein shall be, and hereby is, extended to and including May 16,
2  2008.

3  DATED: April 15, 2008              COTCHETT, PITRE & McCARTHY

4
5                                     By:    /s/ Frank M. Pitre

6                                            FRANK M. PITRE
                                             LAURA SCHLICHTMANN
                                             ARA JABAGCHOURIAN
7
8                                            Attorneys for Plaintiffs
                                             CLAIRE C. HAGGARTY, individually and on
                                             behalf of all others similarly situated
9
10 DATED: April 15, 2008              KASOWITZ BENSON TORRES & FRIEDMAN LLP

11                                    By:    /s/ William M. Goodman

12                                           WILLIAM M. GOODMAN

13                                           Attorneys for Defendants
                                             STRYKER ORTHOPAEDICS (aka STRYKER
14                                           ORTHOPEDICS; aka STRYKER ORTHOPEDICS,
                                             INC.); HOWMEDICA OSTEONICS
15                                           CORPORATION; STRYKER CORPORATION;
                                             and STRYKER SALES CORPORATION
16
17
18
19
20
21
22
23
24
25
26
27
28