1  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   William M. Goodman (SBN 61305)
2  wgoodman@kasowitz.com
   Daniel F. Cook (SBN 70484)
3  dcook@kasowitz.com
   Donald J. Putterman (SBN 90822)
4  dputterman@kasowitz.com
   101 California Street, Suite 2050
5  San Francisco, CA 94111
   Telephone: (415) 421-6140
6  Facsimile: (415) 398-5030

7  Attorneys for Defendants
   STRYKER ORTHOPAEDICS (aka STRYKER
8  ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.);
   HOWMEDICA OSTEONICS CORPORATION;
9  STRYKER CORPORATION; and STRYKER SALES
   CORPORATION

## UNITED DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE C. HAGGARTY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STRYKER ORTHOPAEDICS (aka STRYKER ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION; and STRYKER SALES CORPORATION,<br><br>Defendants. | Case No: CV-08-01609-JCS<br><br>**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE JOSEPH C. SPERO** |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned parties, through counsel, hereby voluntarily consent to have United States Magistrate Judge Joseph C. Spero conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

///

| | | |
|---|---|---|
| 1 | DATED: April 15, 2008 | KASOWITZ BENSON TORRES & FRIEDMAN LLP |
| 2 | | |
| 3 | | By:   /s/ William M. Goodman |
| 4 | | WILLIAM M. GOODMAN |
| 5 | | Attorneys for Defendants<br>STRYKER ORTHOPAEDICS (aka STRYKER ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION; and STRYKER SALES CORPORATION |