1  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   William M. Goodman (SBN 61305)
2  wgoodman@kasowitz.com
   Daniel F. Cook (SBN 70484)
3  dcook@kasowitz.com
   Donald J. Putterman (SBN 90822)
4  dputterman@kasowitz.com
   101 California Street, Suite 2050
5  San Francisco, CA 94111
   Telephone:  (415) 421-6140
6  Facsimile:  (415) 398-5030

7  Attorneys for Defendants
   STRYKER ORTHOPAEDICS (aka STRYKER
8  ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.);
   HOWMEDICA OSTEONICS CORPORATION;
9  STRYKER CORPORATION; AND STRYKER SALES
   CORPORATION
10

11               **UNITED DISTRICT COURT**

12       **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13

| 14 | CLAIRE C. HAGGARTY, individually and on behalf of all others similarly situated, | Case No: CV-08-01609-JCS |
|---|---|---|
| 15 | | |
| 16 | Plaintiff, | **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |
| 17 | vs. | |
| 18 | STRYKER ORTHOPAEDICS (aka STRYKER ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.); HOWMEDICA | |
| 19 | OSTEONICS CORPORATION; STRYKER CORPORATION; and STRYKER SALES | |
| 20 | CORPORATION, | |
| 21 | Defendants. | |

22

23       Plaintiff CLAIRE C. HAGGARTY, individually and on behalf of all others similarly

24  situated and Defendants STRYKER ORTHOPAEDICS (aka STRYKER ORTHOPEDICS; aka

25  STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION;

26  STRYKER CORPORATION; and STRYKER SALES CORPORATION ("Defendants"), by and

27  through their respective counsel, hereby stipulate that the time in which Defendants shall have to

28  ///

                                    1
STIPULATION                                              CV-08-01609-JCS
Doc. 8005705

1    respond to the Complaint filed herein shall be, and hereby is, extended to and including May 16,

2    2008.

3    DATED: April 15, 2008          COTCHETT, PITRE & McCARTHY

4
                                    By:    /s/ Frank M. Pitre
5
                                           FRANK M. PITRE
6                                          LAURA SCHLICHTMANN
                                           ARA JABAGCHOURIAN
7
                                           Attorneys for Plaintiffs
8                                          CLAIRE C. HAGGARTY,  individually and on
                                           behalf of all others similarly situated
9
      DATED: April 15, 2008          KASOWITZ BENSON TORRES & FRIEDMAN LLP
10

11                                   By:    /s/ William M. Goodman

12                                          WILLIAM M. GOODMAN

13                                          Attorneys for Defendants
                                            STRYKER ORTHOPAEDICS (aka STRYKER
14                                          ORTHOPEDICS; aka STRYKER ORTHOPEDICS,
                                            INC.); HOWMEDICA OSTEONICS
15                                          CORPORATION; STRYKER CORPORATION;
                                            and STRYKER SALES CORPORATION
16

17

18     Dated:  April 16, 2008

19                                   IT IS SO ORDERED

20                                   UNITED STATES DISTRICT COURT
                                     NORTHERN DISTRICT OF CALIFORNIA
21                                   Judge Joseph C. Spero

22

23

24

25

26

27

28

---

2