Clerk's Use Only

Initial for fee pd.:

Kasowitz, Benson, Torres & Friedman LLP
101 California Street, Suite 2050
San Francisco, CA 94111
Telephone: (415) 421-6140; Facsimile: (415) 398-5030
Attorneys for Defendants

FILED
08 APR 17 3:03
CLERK
DISTRICT COURT
CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLAIRE C. HAGGARTY, individually and on behalf of all others similarly situated,

    Plaintiff(s),

v.

STRYKER ORTHOPAEDICS et al,

    Defendant(s).

CASE NO. CV-08-01609-JCS

APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Jeffrey Speiser, an active member in good standing of the bar of the Supreme Court of New Jersey, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing the defendants in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

William M. Goodman, Esq. of Kasowitz, Benson, Torres & Friedman LLP, 101 California St., Suite 2050, San Francisco, CA 94111, Telephone (415)421-6140

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 16, 2008

_____
Jeffrey Speiser

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611018269
Cashier ID: bucklem
Transaction Date: 04/17/2008
Payer Name: kasowitz benson torres
------------------------------------
PRO HAC VICE
 For: jeffrey speiser
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00
------------------------------------
CHECK
 Check/Money Order Num: 711
 Amt Tendered: $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

c08-1609jcs


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```