


Kasowitz, Benson, Torres & Friedman LLP
101 California Street, Suite 2050
San Francisco, CA 94111
Telephone: (415) 421-6140
Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CLAIRE C. HAGGARTY, individually and on behalf of all others similarly situated,

         Plaintiff(s),

v.

STRYKER ORTHOPAEDICS, et al.

         Defendant(s).

CASE NO. CV-08-01609-JSC

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Joel M. Silverstein, an active member in good standing of the bar of the Supreme Court of New Jersey, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing the defendants in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
William M. Goodman, Esq., of Kasowitz, Benson, Torres & Friedman LLP
101 California Street, Suite 2050, San Francisco, CA 94111, (415) 421-6140.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 16, 2008

Joel M. Silverstein

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CLAIRE C. HAGGARTY,

        Plaintiff,

  v.

STRYKER ORTHOPAEDICS et al,

        Defendant.

Case Number: CV08-01609 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey Speiser
Stern & Kilcullin, LLC
75 Livingston Avenue
Roseland, NJ 07068

Joel M. Silverstein
Stern & Kilcullin, LLC
75 Livingston Avenue
Roseland, NJ 07068

Michael Dinger
Stern & Kilcullin, LLC
75 Livingston Avenue
Roseland, NJ 07068

Dated: April 18, 2008

*Karen L. Hom*
Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk