APR 17 PM 3:0-

**FILED**

UNITED STATES DISTRICT COURT

Northern District of California    APR 1 8 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CLAIRE C. HAGGARTY. individually
and on behalf of all others similarly
situated,

                    Plaintiff(s),

    v.

STRYKER ORTHOPAEDICS, et al.

                    Defendant(s).

CASE NO. CV-08-01609-JSC

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE

Jeffrey Speiser    , an active member in good standing of the bar of

the Supreme Court of New Jersey                 whose business address and telephone number

(particular court to which applicant is admitted)

is

Stern & Kilculln, LLC, 75 Livingston Avenue, Roseland, New Jersey 07068, (973) 535-1900

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing the defendants.

    IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: 4/18/a

_____
United States Magistrate Judge
Joseph C. Spero

UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CLAIRE C. HAGGARTY,

             Plaintiff,

   v.

STRYKER ORTHOPAEDICS et al,

             Defendant.

                                    /

Case Number: CV08-01609 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey Speiser
Stern & Kilcullin, LLC
75 Livingston Avenue
Roseland, NJ 07068

Joel M. Silverstein
Stern & Kilcullin, LLC
75 Livingston Avenue
Roseland, NJ 07068

Michael Dinger
Stern & Kilcullin, LLC
75 Livingston Avenue
Roseland, NJ 07068

Dated: April 18, 2008

Karen L. Hom

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk