FILED
APR 18 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

CLAIRE C. HAGGARTY, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

STRYKER ORTHOPAEDICS, et al.

Defendant(s).

CASE NO. CV-08-01609-JSC

(~~Proposed~~)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Michael Dinger, an active member in good standing of the bar of the Supreme Court of New Jersey (particular court to which applicant is admitted) whose business address and telephone number is

Stern & Kilculln, LLC, 75 Livingston Avenue, Roseland, New Jersey 07068. (973) 535-1900

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the defendants.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 4/18/08

United States Magistrate Judge
Joseph C. Spero

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CLAIRE C. HAGGARTY,

        Plaintiff,

  v.

STRYKER ORTHOPAEDICS et al,

        Defendant.

Case Number: CV08-01609 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey Speiser
Stern & Kilcullin, LLC
75 Livingston Avenue
Roseland, NJ 07068

Joel M. Silverstein
Stern & Kilcullin, LLC
75 Livingston Avenue
Roseland, NJ 07068

Michael Dinger
Stern & Kilcullin, LLC
75 Livingston Avenue
Roseland, NJ 07068

Dated: April 18, 2008

*Karen L. Hom*
Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk