1  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   William M. Goodman (SBN 61305)
2  wgoodman@kasowitz.com
   101 California Street, Suite 2050
3  San Francisco, CA 94111
   Telephone: (415) 421-6140
4  Facsimile: (415) 398-5030

5  STERN & KILCULLEN, LLC
   Joel M. Silverstein (Pro Hac Vice)
6  Jeffrey Speiser (Pro Hac Vice)
   Michael Dinger (Pro Hac Vice)
7  75 Livingston Avenue
   Roseland, NJ 07068
8  Telephone: (973) 535-2627
   Facsimile: (973) 535-9664
9
   Attorneys for Defendants
10

11                    **UNITED DISTRICT COURT**

12              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13                       **(SAN FRANCISCO DIVISION)**

14

| | |
|---|---|
| CLAIRE C. HAGGARTY, individually and on behalf of all others similarly situated, | Case No: CV-08-01609-JCS |
| Plaintiff, | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| vs. | Judge:  Hon. Joseph C. Spero |
| STRYKER ORTHOPAEDICS (aka STRYKER ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION; and STRYKER SALES CORPORATION, | |
| Defendants. | |

23     TO ALL PARTIES IN THE ABOVE-TITLED ACTION:

24     PLEASE TAKE NOTICE that pursuant to Civil Local Rules 3-12 and 7-11, Defendants

25  Stryker Orthopaedics; Howmedica Osteonics Corporation; Stryker Corporation; and Stryker

26  Sales Corporation (collectively the "Stryker Defendants"), hereby move the Court to determine

27  that the above-titled case) and a similar case, *Goldene Somerville, et al. v. Stryker Orthopedics,*

28  *et al.*, Case No. 08-cv-02443-HRL ("Somerville"), which is currently pending in the San Jose

Division of the United States District Court for the Northern District of California, are related.

## **DISCUSSION**

These cases, ("Haggarty") and ("Somerville"), are essentially the same class action cases. The defendants in both cases are the same. The causes of action are the same. The transactions on which the allegations are based are the same. The only difference between the two cases is the identity of the named plaintiff.

Haggarty and Somerville each allege that the Stryker Defendants engaged in a kickback scheme with doctors and/or hospitals in order to promote the use of the Stryker Defendants' products in hip and knee replacement surgeries. Haggarty and Somerville each allege that the alleged kickback scheme was a violation of California Business & Professions Code section 16700 et seq. (the "Cartwright Act") and California Business & Professions Code section 17200. Haggarty and Somerville each seeks to represent the same class of individuals, i.e.:

> All individuals who are, or at the relevant time were, residents of California who either were uninsured or had a private health care insurance policy pursuant to which they paid a percentage of the total costs of surgical procedures, and who had hip or knee implant surgery during the Class period that involved the use of Stryker products.

Compare Haggarty Complaint ¶ 31 with Somerville Complaint ¶ 33. Because the cases are essentially identical, there would be an unduly burdensome duplication of effort labor and expense and perhaps conflicting results if the cases are conducted before different Judges.

The Stryker Defendants, the plaintiff in this action, and the plaintiff in Somerville have stipulated that the cases are related and that Somerville, the later-filed case, should be reassigned to the Honorable Judge Spero pursuant to Local Rule 3-12(f)(3). *See* Stipulation to Consider Cases Related filed herewith.

/ / /

/ / /

/ / /

## **CONCLUSION**

For the foregoing reasons, the Stryker Defendants, with the plaintiffs' stipulation, request that the Court determine that the cases are related so that Clerk can reassign the Somerville case pursuant to Local Rule 3-12(f)(3).

DATED: May 21, 2008                    **KASOWITZ BENSON TORRES & FRIEDMAN LLP**


By: /s/ William M. Goodman
　　　WILLIAM M. GOODMAN


**STERN & KILCULLEN, LLC**
Joel M. Silverstein (Pro Hac Vice)
Jeffrey Speiser (Pro Hac Vice)
Michael Dinger (Pro Hac Vice)

Attorneys for Defendants