1  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   William M. Goodman (SBN 61305)
2  wgoodman@kasowitz.com
   101 California Street, Suite 2050
3  San Francisco, CA 94111
   Telephone:  (415) 421-6140
4  Facsimile:  (415) 398-5030

5  STERN & KILCULLEN, LLC
   Joel M. Silverstein (Pro Hac Vice)
6  Jeffrey Speiser (Pro Hac Vice)
   Michael Dinger (Pro Hac Vice)
7  75 Livingston Avenue
   Roseland, NJ 07068
8  Telephone: (973) 535-2627
   Facsimile: (973)  535-9664
9
10 Attorneys for Defendants

11                     UNITED DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                  (SAN FRANCISCO DIVISION)

14

| | |
|---|---|
| CLAIRE C. HAGGARTY,  individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>        vs.<br><br>STRYKER ORTHOPAEDICS (aka STRYKER ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION; and STRYKER SALES CORPORATION,<br><br>               Defendants. | Case No: CV-08-01609-JCS<br><br>**STIPULATION TO CONSIDER CASES RELATED**<br><br>Judge:        Hon. Joseph C. Spero |

                          **STIPULATION**

        WHEREAS, this case ("Haggarty"), which was filed on March 25, 2008, alleges that

Defendants Stryker Orthopaedics; Howmedica Osteonics Corporation; Stryker Corporation; and

Stryker Sales Corporation (collectively the "Stryker Defendants"), violated California Business

& Professions Code section 16700 et seq. (the "Cartwright Act") and California Business &

---

1

Professions Code section 17200 ("Section 17200") by purportedly engaging in a kickback scheme with doctors and/or hospitals in order to promote the use of the Stryker Defendants' products in hip and knee replacement surgeries;

WHEREAS, *Goldene Somerville, et al. v. Stryker Orthopedics, et al.,* Case No. 08-cv-02443-HRL ("Somerville"), which was filed in the San Jose Division of the United States District Court for the Northern District of California on May 13, 2008, makes essentially the same allegations as Haggarty;

WHEREAS, Haggarty and Somerville both seek to represent "All individuals who are, or at the relevant time were, residents of California who either were uninsured or had a private health care insurance policy pursuant to which they paid a percentage of the total costs of surgical procedures, and who had hip or knee implant surgery during the Class period that involved the use of Stryker products;"

Plaintiff Haggarty, Plaintiff Somerville, and the Stryker Defendants, by and through their counsel, hereby stipulate as follows:

1. This action, Case No. 08-cv-01609-JCS, and *Goldene Somerville, et al. v. Stryker Orthopedics, et al.,* Case No. 08-cv-02443-HRL, are related; and

2. *Goldene Somerville, et al. v. Stryker Orthopedics, et al.,* Case No. 08-cv-02443-HRL, the later-filed case, should be reassigned to the Honorable Judge Spero pursuant to Local Rule 3-12(f)(3).


DATED: May 21, 2008            **COTCHETT PITRE & MCCARTHY**


                               By: /s/ Frank M. Pitre_____
                                   FRANK M. PITRE

                               Attorneys for Plaintiff Haggarty

DATED: May 21, 2008            **KABATECK BROWN KELLNER LLP**


                               By: /s/ Richard L. Kellner_____
                                   RICHARD L. KELLNER

                               Attorneys for Plaintiff Somerville

---

2

1    DATED: May 21, 2008                    **KASOWITZ BENSON TORRES & FRIEDMAN LLP**

2

3                                           By: /s/ William M. Goodman
                                                 WILLIAM M. GOODMAN

4                                           Attorneys for Defendants

5

6         I hereby attest that I have on file all holograph signatures for any signatures indicated by

7    a "conformed" signature (/S/) within this efiled document.

8

     DATED: May 21, 2008                    **KASOWITZ BENSON TORRES & FRIEDMAN LLP**

9

10                                          By: /s/ William M. Goodman
                                                 WILLIAM M. GOODMAN

11

12                                          Attorneys for Defendants

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28