KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
William M. Goodman (SBN 61305)
wgoodman@kasowitz.com
101 California Street, Suite 2050
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

STERN & KILCULLEN, LLC
Joel M. Silverstein (Pro Hac Vice)
Jeffrey Speiser (Pro Hac Vice)
Michael Dinger (Pro Hac Vice)
75 Livingston Avenue
Roseland, NJ 07068
Telephone: (973) 535-2627
Facsimile: (973) 535-9664

Attorneys for Defendants

**UNITED DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| CLAIRE C. HAGGARTY, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>STRYKER ORTHOPAEDICS (aka STRYKER ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION; and STRYKER SALES CORPORATION,<br><br>　　　　　Defendants. | Case No: CV-08-01609-JCS<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Hon. Joseph C. Spero |

**[PROPOSED] ORDER**

Having considered Defendants' Administrative Motion to Consider Whether Cases Should be Related and the papers submitted by the parties in support or opposition thereto, and good cause appearing therefor, Defendants' Administrative Motion to Consider Whether Cases Should be Related is GRANTED.

1    IT IS HEREBY ORDERED THAT the Clerk shall reassign *Goldene Somerville, et al. v.*
2 *Stryker Orthopedics, et al.,* Case No. 08-cv-02443-HRL, the later-filed case, pursuant to Local
3 Rule 3-12(f)(3).

DATED:

By: _____
The Honorable Joseph C. Spero

2
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD BE RELATED                    CV-08-01609-JCS
Doc. 8006978