1  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   William M. Goodman (SBN 61305)
2  wgoodman@kasowitz.com
   101 California Street, Suite 2050
3  San Francisco, CA 94111
   Telephone: (415) 421-6140
4  Facsimile: (415) 398-5030

5  STERN & KILCULLEN, LLC
   Joel M. Silverstein (Pro Hac Vice)
6  Jeffrey Speiser (Pro Hac Vice)
   Michael Dinger (Pro Hac Vice)
7  75 Livingston Avenue
   Roseland, NJ 07068
8  Telephone: (973) 535-2627
   Facsimile: (973) 535-9664
9
   Attorneys for Defendants
10

11                    UNITED DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                     (SAN FRANCISCO DIVISION)

14

15  CLAIRE C. HAGGARTY, individually and on    Case No: CV-08-01609-JCS
    behalf of all others similarly situated,
                                                **PROOF OF SERVICE**
16              Plaintiff,

17     vs.                                      Judge: Hon. Joseph C. Spero

18  STRYKER ORTHOPAEDICS (aka STRYKER
    ORTHOPEDICS; aka STRYKER
19  ORTHOPEDICS, INC.); HOWMEDICA
    OSTEONICS CORPORATION; STRYKER
20  CORPORATION; and STRYKER SALES
    CORPORATION,
21
                Defendants.
22

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

---

                                    1

PROOF OF SERVICE                                              CV-08-01609-JCS
Doc. 8007064

**PROOF OF SERVICE**

I, Beth A. Johnson declare that I am employed in the City of San Francisco, County of San Francisco, at the business address of 101 California Street, Suite 2050, San Francisco, California 94111. I am over the age of eighteen years and am not a party to this matter.

On May 22, 2008, I caused to be served the attached:

**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

**STIPULATION TO CONSIDER CASES RELATED**

on the following:

☐ **By Federal Express**. I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by Federal Express to receive documents, in an envelope or package designated by Federal Express.

☒ **By Mail**. (C.C.P. §1013a, 1015.5) I placed the above-documents in sealed envelope(s), with postage thereon fully prepaid, for collection and mailing at San Francisco, California, following ordinary business practices. I am readily familiar with the practices of Kasowitz, Benson, Torres and Friedman for processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

Kabateck Brown Kellner, LLP
Brian S. Kabateck
Joshua H. Haffner
644 South Figueroa Street
Los Angeles, CA 90071

☐ **By Personal Service**. I caused the above documents to be delivered by hand to the addressee(s) noted above.

☐ **By Facsimile**. I caused the above documents to be served via facsimile electronic equipment transmission to the number indicated after the address(es) noted above.
Executed this 22nd day of May, 2008

BETH A. JOHNSON