KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
William M. Goodman (SBN 61305)
wgoodman@kasowitz.com
101 California Street, Suite 2050
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

STERN & KILCULLEN, LLC
Joel M. Silverstein (Pro Hac Vice)
Jeffrey Speiser (Pro Hac Vice)
Michael Dinger (Pro Hac Vice)
75 Livingston Avenue
Roseland, NJ 07068
Telephone: (973) 535-2627
Facsimile: (973) 535-9664

Attorneys for Defendants

# UNITED DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| CLAIRE C. HAGGARTY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STRYKER ORTHOPAEDICS (aka STRYKER ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION; and STRYKER SALES CORPORATION,<br><br>Defendants. | Case No: 08-cv-01609-JSW<br><br>**RE-NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS PURSUANT TO F.R.C.P. RULE 12(b)(6)**<br><br>Date: September 26, 2008<br>Time: 9:00 a.m.<br>Courtroom: 2, 17th Floor<br>Judge: Hon. Jeffrey S. White |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT the hearing on Defendants' Motion To Dismiss Pursuant To F.R.C.P. Rule 12(b)(6), which was previously scheduled to be heard on July 11, 2008, at 9:30 a.m. in Courtroom A of the above-entitled court, is hereby re-noticed to be heard on September 26, 2008 at 9:00 a.m. in Courtroom 2 of the above-entitled court, or as soon

1  thereafter as the matter may be heard.

2

3  DATED: June 17, 2008                KASOWITZ BENSON TORRES & FRIEDMAN LLP

4                                      By:    /s/ William M. Goodman

5                                             WILLIAM M. GOODMAN
                                               Attorneys for Defendants
6