IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLAIRE C. HAGGARTY,

    Plaintiff,

v.

STRYKER ORTHOPAEDICS ET AL,

    Defendants.

No. C 08-01609 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**

    This matter is set for a hearing on September 26, 2008 on Defendant Stryker Orthopaedics' motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than July 7, 2008 and a reply brief shall be filed by no later than July 14, 2007.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: June 18, 2008

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE