*In re Hip and Knee Implant Marketing Litigation*
*USDC, Northern District of California, San Francisco - MDL Docket No.: 1973*

## PROOF OF SERVICE

I am employed in San Mateo County, which is where service of the document(s) referred to below occurred. I am over the age of 18 and not a party to the within action. My business address is Cotchett, Pitre & McCarthy, San Francisco Airport Center, 840 Malcolm Road, Suite 200, Burlingame, California 94010. I am readily familiar with Cotchett, Pitre & McCarthy's practices for the service of documents. On this date, I served a true copy of the following document(s) in the manner listed below:

1. **ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT;**

2. **ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS; AND**

3. **CIVIL STANDING ORDERS OF JUDGE HONORABLE JEFFREY S. WHITE**

**XXX   BY FIRST CLASS MAIL:** I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Following that practice, I placed a true copy of the aforementioned document(s) in a sealed envelope, addressed to each addressee, respectively, as specified below. The envelope was placed in the mail at my business address, with postage thereon fully prepaid, for deposit with the United States Postal Service on that same day in the ordinary course of business.

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed at Burlingame, California, on June 20, 2008.

_____
KIMBERLY J. SO

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

PROOF OF SERVICE     1

*In re Hip and Knee Implant Marketing Litigation*
*USDC, Northern District of California, San Francisco - MDL Docket No.: 1973*

## SERVICE LIST

**VIA FIRST CLASS MAIL**
Dario DeGhetaldi
George R. Corey
**COREY, LUZAICH, PLISKA, DE GHETALDI**
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030-0669

*Attorneys for Plaintiff Claire C. Haggarty*

**VIA FIRST CLASS MAIL**
Brian S. Kabateck
Joshua H. Haffner
**KABATECK BROWN KELLNER, LLP**
644 South Figueroa Street
Los Angeles, CA 90071

*Attorneys for Plaintiff Goldene Somerville*

**VIA FIRST CLASS MAIL**
Jeffrey Speiser
**STERN & KILCULLIN, LLC**
75 Livingston Avenue
Roseland, NJ 07068

*Attorneys for Defendants: Stryker Orthopaedics, Howmedica Osteonics Corporation, Stryker Corporation and Stryker Sales Corporation*

**VIA FIRST CLASS MAIL**
William M. Goodman
**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
101 California Street, Suite 2050
San Francisco, CA 94111