1  FRANK M. PITRE (#100077)
   fpitre@cpmlegal.com
2  LAURA SCHLICHTMANN (#169699)
   lschlichtmann@cpmlegal.com
3  ARA JABAGCHOURIAN (#205777)
   ajabagchourian@cpmlegal.com
4  **COTCHETT, PITRE & McCARTHY**
   San Francisco Airport Office Center
5  840 Malcolm Road, Suite 200
   Burlingame, CA  94010
6  Telephone:  (650) 697-6000
   Facsimile:  (650) 692-0577
7
8  GEORGE COREY (#34580)
   grc@coreylaw.com
9  DARIO de GHETALDI (#126782)
   deg@coreylaw.com
   **COREY, LUZAICH, PLISKA,**
10     **de GHETALDI & NASTARI, LLP**
   700 El Camino Real, P.O. Box 669
11 Millbrae, CA  94030
   Telephone (650) 871-5666
12
   Attorneys for Plaintiff and the Class
13

14                **UNITED STATES DISTRICT COURT**

15               **NORTHERN DISTRICT OF CALIFORNIA**

16
17 **CLAIRE C. HAGGARTY**, individually       Case No. CV-08-01609 JSW
   and on behalf of all others similarly situated,
18                                            **[Propsed] ORDER DENYING**
                        Plaintiff,            **DEFENDANTS' MOTION TO**
19          vs.                               **DISMISS COMPLAINT PURSUANT**
                                              **TO FED. R. CIV. P. 12(b)(6)**
20 **STRYKER ORTHOPAEDICS (aka**
21 **STRYKER ORTHOPEDICS; aka**              Date:  September 26, 2008
   **STRYKER ORTHOPEDICS, INC.);**          Time: 9:00 a.m.
22 **HOWMEDICA OSTEONICS**                   Ctrm: 2, 17th Floor
   **CORPORATION; STRYKER**
23 **CORPORATION**; and **STRYKER SALES**    Honorable Jeffrey S. White
   **CORPORATION**,
24
25                     Defendants.
26
27
28

LAW OFFICES
COTCHETT,
PITRE &
McCARTHY

1   Defendants' motion to dismiss, brought pursuant to Fed. R. Civ. P. 12(b)(6), came

2   on regularly before the Court on September 26, 2008.  The parties were represented by

3   their counsel of record herein.

4   Having considered the parties' briefs and related papers, and heard the arguments

5   of counsel, the Court hereby ORDERS as follows:

6   Defendants' motion to dismiss is DENIED in its entirety.  Defendants shall answer

7   the complaint within ten (10) days after entry of this order.

8   **IT IS SO ORDERED.**

9

10  Dated: _____    _____
                                      HON. JEFFREY S. WHITE
11                                    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[Proposed] ORDER DENYING DEFENDANTS' MOTION
TO DISMISS COMPLAINT**, Case No. CV-08-01609 JSW                    1