KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
William M. Goodman (SBN 61305)
wgoodman@kasowitz.com
101 California Street, Suite 2050
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

Attorneys for Defendants

# UNITED DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| CLAIRE C. HAGGARTY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STRYKER ORTHOPAEDICS (aka STRYKER ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION; and STRYKER SALES CORPORATION,<br><br>Defendants. | Case No: CV-08-01609-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR DEFENDANTS TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FROM JULY 14, 2008 TO JULY 28, 2008** |

## **STIPULATION**

Plaintiff Claire C. Haggarty and Defendants Stryker Orthopaedics, Howmedica Osteonics Corporation, Stryker Corporation and Stryker Sales Corporation submit the following Stipulation and Proposed Order continuing the deadline for Defendants to file a Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss from July 14, 2008 to July 28, 2008.

///

///

---

1
STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR DEFENDANTS TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FROM JULY 14, 2008 TO JULY 28, 2008
Doc. 8008900                                                                                              CV-08-01609-JSW

## RECITALS

A. Whereas, on May 16, 2008, Defendants filed a motion to dismiss;

B. Whereas, on June 18, 2008, the Court entered a briefing schedule requiring Plaintiff to file any opposition to Defendants' motion to dismiss no later than July 7, 2008, and Defendants to file any Reply to Plaintiff's opposition no later than July 14, 2008;

C. Whereas, on July 7, 2008, Plaintiff filed her opposition to Defendants' motion to dismiss;

D. Whereas, Defendants seek an extension of time to file their Reply to Plaintiff's opposition to address complex legal issues raised in Plaintiff's Opposition;

E. Whereas, the Parties all consent to continuing the deadline for Defendants to file a Reply to Plaintiff's Opposition to Defendants' motion to dismiss from July 14, 2008 to July 28, 2008;

F. Whereas, Defendants' motion to dismiss is currently scheduled to be heard by the Court on September 26, 2008;

BASED THEREON, IT IS HEREBY STIPULATED by and between the parties as follows: The deadline for Defendants to file a Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss currently set for July 14, 2008 is continued to **July 28, 2008**.


**SO STIPULATED**

DATED: July 10, 2008              **COTCHETT, PITRE & McCARTHY**

                                  By:   /s/ Frank M. Pitre
                                        FRANK M. PITRE
                                        *Attorneys for Plaintiff Claire C. Haggarty*

1
2  DATED: July 10, 2008                    **KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**
3
4                                          By:    /s/ William M. Goodman
                                                  WILLIAM M. GOODMAN
5                                                 *Attorneys for Defendants Stryker Orthopaedics;*
                                                  *Howmedica Osteonics Corporation; Stryker*
6                                                 *Corporation; and Stryker Sales Corporation*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Having read and reviewed the foregoing Stipulation, **IT IS ORDERED THAT:**

The deadline for Defendants to file a Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss currently set for July 14, 2008 is continued to **July 28, 2008**.

**IT IS SO ORDERED.**

DATED: _____

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE