1

2

3                    UNITED STATES DISTRICT COURT

4                  NORTHERN DISTRICT OF CALIFORNIA

5

6   CLAIRE C. HAGGARTY

7          Plaintiff(s),              Related Case Nos.:
                                      C 08-01609 JSW AND C-08-2443 JSW
8       v.

9   STRYKER ORTHOPAEDICS            **CLERK'S NOTICE**

10         Defendant(s).

11  GOLDENE SOMMERVILLE

12         Plaintiff(s),

13      v.

14  STRYKER ORTHOPAEDICS

15         Defendant(s).

16  _____/

17      YOU ARE HEREBY NOTIFIED that on January 9, 2009,  at 9:00 a.m, in Courtroom 2 on the

18  17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the

19  HONORABLE JEFFREY S. WHITE will conduct the Motions to Dismiss and Initial Case Management

20  Conferences in the above entitled cases **previously scheduled for** September 26, 2008 , in this matter.

21  The joint case management statements shall be due on or before January 2, 2009.

22  Please report to courtroom 2, on the 17th floor, U. S. Courthouse, 450 Golden Gate Avenue, San

23  Francisco, CA 94102.

24                          Richard W. Wieking
                            Clerk, United States District Court
25

26          By:_____
                Jennifer Ottolini, Deputy Clerk
27              Honorable Jeffrey S. White
                (415) 522-4173
28  Dated:  September 3, 2008

