FRANK M. PITRE (#100077)
fpitre@cpmlegal.com
LAURA SCHLICHTMANN (#169699)
lschlichtmann@cpmlegal.com
ARA JABAGCHOURIAN (#205777)
ajabagchourian@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 692-0577

GEORGE COREY (#34580)
grc@coreylaw.com
DARIO de GHETALDI (#126782)
deg@coreylaw.com
**COREY, LUZAICH, PLISKA,
de GHETALDI & NASTARI, LLP**
700 El Camino Real, P.O. Box 669
Millbrae, CA 94030
Telephone (650) 871-5666

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLAIRE C. HAGGARTY**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**STRYKER ORTHOPAEDICS (aka STRYKER ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION**; and **STRYKER SALES CORPORATION**,<br><br>Defendants. | Case No. CV-08-01609 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**, Case No. CV-08-01609 JSW

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)

☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)

✓ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

☐ Private ADR (please identify process and provider) _____

_____

The parties agree to hold the ADR session by:

☐ the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)

✓ other requested deadline _____ November 1, 2009

Dated: December 22, 2008  **COTCHETT, PITRE & McCARTHY**

By _____/s/_____
ARA JABAGCHOURIAN
*Attorneys for Plaintiff Claire C. Haggarty and the Class*

Dated: December 22, 2008  **KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**.

By _____/s/_____
WILLIAM M. GOODMAN
*Attorneys for Defendants Stryker Orthopaedics*

IT IS SO ORDERED
Judge Jeffrey S. White
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**, Case No. CV-08-01609 JSW    i