IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE C. HAGGARTY, | |
|     Plaintiff, | No. C 08-01609 JSW |
|   v. | |
| STRYKER ORTHOPAEDICS ET AL, | **ORDER VACATING HEARING** |
|     Defendants. | |

The motion to dismiss is currently set for hearing on Friday, January 9, 2009 at 9:00 a.m. This matter is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for January 9, 2009 is HEREBY VACATED. The case management set to follow the hearing is VACATED and shall be reset, if necessary, by further order.

**IT IS SO ORDERED.**

Dated: January 7, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE