FRANK M. PITRE (#100077)
fpitre@cpmlegal.com
LAURA SCHLICHTMANN (#169699)
lschlichtmann@cpmlegal.com
ARA JABAGCHOURIAN (#205777)
ajabagchourian@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 692-0577

GEORGE COREY (#34580)
grc@coreylaw.com
DARIO de GHETALDI (#126782)
deg@coreylaw.com
**COREY, LUZAICH, PLISKA,
de GHETALDI & NASTARI, LLP**
700 El Camino Real, P.O. Box 669
Millbrae, CA 94030
Telephone (650) 871-5666

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLAIRE C. HAGGARTY**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>**STRYKER ORTHOPAEDICS (aka STRYKER ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION**; and **STRYKER SALES CORPORATION**,<br><br>Defendants. | Case No. CV-08-01609 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE MANAGEMENT ORDER** |

---

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE MANAGEMENT ORDER**
**Case No. CV-08-01609 JSW**

1  WHEREAS, on December 21, 2008, the parties filed a Joint Case Management Statement and Proposed Case Management Order.

WHEREAS, the parties filed the Joint Case Management Statement and Proposed Case Management Order based on the filing of the original Complaint filed in the matter.

WHEREAS, on January 7, 2009, the Court entered an Order which stated in part: "The case management (*sic*) set to follow the hearing is VACATED and shall be reset, if necessary, by further order."

WHEREAS, on January 7, 2009, the Court granted Defendant's motion to dismiss Plaintiff's complaint, with leave to amend the complaint.

WHEREAS, on February 6, 2009, Plaintiff filed an amended complaint.

WHEREAS, on February 26, 2009, Defendants filed a motion to dismiss, with the motion currently set for May 1, 2009.

WHEREAS, beginning on March 11, 2009, the parties have been working together to modify the submitted Joint Case Management And Proposed Case Management Order in the event the filed motion to dismiss is denied.

WHEREAS, on March 12, 2009, the Court signed a Joint Case Management And Proposed Case Management Order.

WHEREAS, pursuant to the Joint Case Management And Proposed Case Management Order set the filing deadline for class certification briefing for March 13, 2009.

WHEREAS, based on the Court's vacating of the case management hearing, the parties have not conducted any class certification discovery to date.

///
///
///

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE MANAGEMENT ORDER**
Case No. CV-08-01609 JSW                                                                                                     i

Counsel report that they have met and conferred regarding the Case Management Order and have reached the following stipulation pursuant to Civil L.R. 16-8:

The parties agree to following modified schedule

| | |
|---|---|
| April 13, 2009 | Fed. R. Civ. P. 26(a) Disclosures: |
| April 13, 2009 | Last date to Amended Pleadings: |
| August 3, 2009 | Date on which discovery on class issues will be complete |
| August 17, 2009 | Last date for plaintiffs to file a motion for class certification |
| September 14, 2009 | Last date for defendants to file opposition to plaintiffs motion for class certification |
| September 28, 2009 | Last date for plaintiffs to file reply brief in support of motion for class certification |
| October 16, 2009 at 9:00 a.m. | Last day to hear motion for class certification |
| December 31, 2009 | Last date to complete fact discovery |
| January 29, 2010 | Last date to file plaintiffs' expert reports |
| March 4, 2010 | Last date to file defendants' expert reports |
| May 14, 2010 | Last day to hear dispositive motions |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE MANAGEMENT ORDER**
Case No. CV-08-01609 JSW
ii

| | |
|---|---|
| June 28, 2010 | Pretrial Conference |
| ~~July 12, 2010~~<br>July 19, 2010 at 8:00 a.m. | Trial |

Dated: March 13, 2009

**COTCHETT, PITRE & McCARTHY**

By _____/S/_____
   ARA JABAGCHOURIAN
   *Attorneys for Plaintiff Claire C. Haggarty and the Class*

Dated: March 13, 2009

**KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**.

By _____/S/_____
   WILLIAM M. GOODMAN
   *Attorneys for Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: March 16, 2009           _/s/ Jeffrey S. White_
                                              The Honorable Jeffery S. White

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CASE MANAGEMENT ORDER**
Case No. CV-08-01609 JSW      iii