IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE C. HAGGARTY,<br><br>    Plaintiff,<br><br>v.<br><br>STRYKER ORTHOPAEDICS ET AL,<br><br>    Defendants.<br>_____/ | No. C 08-01809 JSW<br><br><br><br><br>**ORDER VACATING HEARING** |

The motion to dismiss the amended complaint is currently set for hearing on Friday, June 12, 2009 at 9:00 a.m. This matter is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for June 12, 2009 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: June 10, 2009

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE