1   KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
    William M. Goodman (SBN 61305)
2   wgoodman@kasowitz.com
    Christopher J. McNamara (SBN 209205)
3   cmcnamara@kasowitz.com
    101 California Street, Suite 2050
4   San Francisco, CA  94111
    Telephone:  (415) 421-6140
5   Facsimile:  (415) 398-5030

6   STERN & KILCULLEN, LLC
    Joel M. Silverstein (Pro Hac Vice)
7   Jeffrey Speiser (Pro Hac Vice)
    Michael Dinger (Pro Hac Vice)
8   75 Livingston Avenue
    Roseland, NJ  07068
9   Telephone: (973) 535-2627
    Facsimile: (973) 535-9664
10
    Attorneys for Defendants
11

12                  **UNITED STATES DISTRICT COURT**

13                  **NORTHERN DISTRICT OF CALIFORNIA**

14                     **SAN FRANCISCO DIVISION**

15   Claire C. Haggarty, individually and on behalf    Case No: 08-CV-1609-JSW
16   of all others similarly situated,                 (and related case 08-CV-02443-JSW)

17              Plaintiff,                              **STIPULATION AND [~~PROPOSED~~]
                                                        ORDER RE: MODIFIED SCHEDULE
18        vs.                                           AND CASE MANAGEMENT
                                                        CONFERENCE**
19   STRYKER ORTHOPAEDICS (aka STRYKER
     ORTHOPEDICS; aka STRYKER
20   ORTHOPEDICS, INC.); HOWMEDICA
     OSTEONICS CORPORATION; STRYKER
21   CORPORATION; and STRYKER SALES
     CORPORATION,
22
               Defendants.
23

24        Pursuant to the Court's Order of September 4, 2009, counsel have met and conferred

25   regarding the Case Management Order, have reached the following stipulation pursuant to Civil

26   L.R. 16-8, and agree to the following modified schedule:

27   / / /

28   / / /

                                          1
Doc. 8040135

| | | |
|---|---|---|
| November 2, 2009 | | Last date to Amend Pleadings |
| February 24, 2010 | | Date on which discovery on class issues will be complete |
| March 10, 2010 | | Last date for plaintiffs to file a motion for class certification |
| April 7, 2010 | | Last date for defendants to file opposition to plaintiffs' motion for class certification |
| April 21, 2010 | | Last date for plaintiffs to file reply brief in support of motion for class certification |
| May 7, 2010 | | Last day to hear motion for class certification |
| July 23, 2010 | | Last date to complete fact discovery |
| August 20, 2010 | | Last date to file plaintiffs' expert reports |
| September 24, 2010 | | Last date to file defendants' expert reports |
| December 3, 2010 | | Last day to hear dispositive motions |
| ~~January 21, 2011~~ | February 7, 2011 | Pretrial Conference |
| ~~February 7, 2011~~ | February 28, 2011 | Trial |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

Stipulation and ~~[Proposed]~~ Order Re: Modified Schedule; 08-CV-1609-JSW

Doc. 8040135

1      In light of the stipulated schedule, the parties further agree, subject to the Court's

2  approval, that the Case Management Conference scheduled for October 2, 2009 is not necessary

3  and can be taken off calendar.

4

5  Dated:  September 16, 2009          KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

6

7                                      By: /s/ William M. Goodman
                                           WILLIAM M. GOODMAN
8                                          Attorneys for Defendants

9

10 Dated:  September 16, 2009          COTCHETT, PITRE & McCARTHY

11

12                                     By: /s/ Niki Okcu
                                           NIKI OKCU
                                           Attorneys for Plaintiff Claire C. Haggarty and the Class
13

14

15 PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED

16

17 Dated:    September 16, 2009        By: _____
                                           Hon. Jeffrey S. White
18                                         United States District Judge

19

20

21

22

23

24

25

26

27

28

                                              3
Doc. 8040135