FRANK M. PITRE (#100077)
NIKI B. OKCU (#229345)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email: fpitre@cpmlegal.com
nokcu@cpmlegal.com

GEORGE COREY (#34580)
DARIO de GHETALDI (#126782)
**COREY, LUZAICH, PLISKA, de GHETALDI & NASTARI, LLP**
700 El Camino Real, P.O. Box 669
Millbrae, CA 94030
Telephone: (650) 871-5666
Facsimile: (650) 871-4144
Email: grc@coreylaw.com
deg@coreylaw.com

Attorneys for Plaintiff Claire C. Haggarty

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLAIRE C. HAGGARTY**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>**STRYKER ORTHOPAEDICS** (aka **STRYKER ORTHOPEDICS**; aka **STRYKER ORTHOPEDICS, INC.**); **HOWMEDICA OSTEONICS CORPORATION**; **STRYKER CORPORATION**; and **STRYKER SALES CORPORATION**,<br><br>Defendants. | Case No. CV-08-01609-JCS<br><br>**JOINDER IN PLAINTIFF GOLDENE SOMERVILLE'S ADMINISTRATIVE MOTION TO CONTINUE THE NOVEMBER 1, 2009 MEDIATION DEADLINE**<br>**AND ORDER THEREON** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT- NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Plaintiff Claire C. Haggerty hereby joins in Plaintiff Goldene Somerville's Administrative Motion to Continue the November 1, 2009 Mediation Deadline to May 31, 2010.

Dated: October 1, 2009

**COTCHETT, PITRE & McCARTHY**

**COREY, LUZAICH, PLISKA, de GHETALDI & NASTARI, LLP**

By: _/s/ Niki B. Okcu_
    NIKI B. OKCU
    *Attorneys for Plaintiff*

**GRANTED**
*[signature]*
Judge Jeffrey S. White
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Dated: October 7, 2009