| | |
|---|---|
| 1 | Neil A. Goteiner (State Bar No. 083524) |
| | ngoteiner@fbm.com |
| 2 | Roderick M. Thompson (State Bar No. 96192) |
| | rthompson@fbm.com |
| 3 | Thomas B. Mayhew (State Bar No. 183539) |
| | tmayhew@fbm.com |
| 4 | Monali S. Sheth (State Bar No. 239511) |
| | msheth@fbm.com |
| 5 | Farella Braun + Martel LLP |
| | 235 Montgomery Street, 17th Floor |
| 6 | San Francisco, CA 94104 |
| | Telephone: (415) 954-4400 |
| 7 | Facsimile: (415) 954-4480 |
| 8 | Attorneys for Defendants |
| | STRYKER ORTHOPAEDICS (AKA STRYKER |
| 9 | ORTHOPEDICS; AKA STRYKER |
| | ORTHOPEDICS, INC.); HOWMEDICA |
| 10 | OSTEONICS CORPORATION; STRYER |
| | CORPORATION; and STRYKER SALES |
| 11 | CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CLAIRE C. HAGGERTY, individually and on behalf of all others similarly situated, | | Case No. CV-08-01609-JCS |
| | Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |
| vs. | | |
| STRYKER ORTHOPAEDICS, (aka STRYKER ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION; and STRYKER SALES CORPORATION, | | |
| | Defendants. | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants STRYKER ORTHOPAEDICS (AKA STRYKER ORTHOPEDICS; AKA STRYKER ORTHOPEDICS, INC.); HOWMEDICA

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER, Case No. CV-08-01609-JCS

24895\2067530.1

OSTEONICS CORPORATION; STRYER CORPORATION; and STRYKER SALES CORPORATION hereby substitute the law firm of Farella Braun + Martel LLP, in the place and stead of the law firms of Kasowitz, Benson, Torres & Friedman LLP and Stern & Kilcullen, LLC, as their counsel of record for all purposes in this case. All further pleadings, correspondence and communications should be directed to the following:

>	FARELLA BRAUN + MARTEL LLP
>	Neil A. Goteiner
>	Roderick M. Thompson
>	Thomas B. Mayhew
>	Monali S. Sheth
>	235 Montgomery Street, 17th floor
>	San Francisco, California 94104
>	Telephone: (415) 954-4400
>	Facsimile:  (415) 954-4480

All other parties and their counsel of record, as shown on the attached Proof of Service, are hereby given notice of this substitution.

STRYKER ORTHOPAEDICS (AKA STRYKER ORTHOPEDICS; AKA STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYER CORPORATION; and STRYKER SALES CORPORATION consent to this substitution.

Dated:  October 13, 2009

>	STRYKER ORTHOPAEDICS (AKA STRYKER ORTHOPEDICS; AKA STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYER CORPORATION; and STRYKER SALES CORPORATION
>
>	By:  /s/ Jason M. Marks
>	        Jason M. Marks
>	Assistant Counsel, Stryker Corporation

///
///
///
///
///
///

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER, Case No. CV-08-01609-JCS

- 2 -

24895\2067530.1

Kasowitz, Benson, Torres & Friedman LLP acknowledges and agrees to this substitution.

Dated:  October 13, 2009          KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

                                  By: /s/ William M. Goodman
                                      William M. Goodman

                                  Attorneys for Defendants STRYKER ORTHOPAEDICS (AKA STRYKER ORTHOPEDICS; AKA STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYER CORPORATION; and STRYKER SALES CORPORATION

Stern & Kilcullen, LLC acknowledges and agrees to this substitution.

Dated:  October 13, 2009          STERN & KILCULLEN, LLC

                                  By: /s/ Jeffrey Speiser
                                      Jeffrey Speiser

                                  Attorneys for Defendants STRYKER ORTHOPAEDICS (AKA STRYKER ORTHOPEDICS; AKA STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYER CORPORATION; and STRYKER SALES CORPORATION

Farella Braun + Martel LLP accepts this substitution.

Dated: October 13, 2009           FARELLA BRAUN + MARTEL LLP

                                  By: /s/ Neil A. Goteiner
                                      Neil A. Goteiner

                                  Attorneys for Defendants STRYKER ORTHOPAEDICS (AKA STRYKER ORTHOPEDICS; AKA STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYER CORPORATION; and STRYKER SALES CORPORATION

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER, Case No. CV-08-01609-JCS

- 3 -

24895\2067530.1

1  **IT IS SO ORDERED**

2

3  Dated: October 14, 2009

4  _____
   Hon. Jeffrey S. White
5  UNITED STATES DISTRICT COURT

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

NOTICE OF SUBSTITUTION OF COUNSEL AND
[PROPOSED] ORDER, Case No. CV-08-01609-JCS

- 4 -

24895\2067530.1