Neil A. Goteiner (State Bar No. 083524)
ngoteiner@fbm.com
Roderick M. Thompson (State Bar No. 96192)
rthompson@fbm.com
Thomas B. Mayhew (State Bar No. 183539)
tmayhew@fbm.com
Monali S. Sheth (State Bar No. 239511)
msheth@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendants
STRYKER ORTHOPAEDICS (AKA STRYKER ORTHOPEDICS; AKA STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION; and STRYKER SALES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLAIRE C. HAGGARTY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STRYKER ORTHOPAEDICS, (aka STRYKER ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION; and STRYKER SALES CORPORATION,<br><br>Defendants. | Case No.  CV-08-01609-JCS<br><br>**STIPULATION TO EXTEND DEADLINES IN CASE MANAGEMENT ORDER AND [PROPOSED] ORDER** |

Pursuant to Civil L.R. 6-1, 6-2 and 7-12, Plaintiffs Claire C. Haggarty (the "Plaintiff") and defendants Stryker Orthopaedics (aka Stryker Orthopedics; aka Stryker Orthopedics, Inc.), Howmedica Osteonics Corporation, Stryker Corporation, and Stryker Sales Corporation

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Stipulation To Extend Deadlines In Case Management Order And [Proposed] Order,
Case No. CV-08-01609-JCS

25094\2071169.1

(collectively, the "Defendants," and collectively with the Plaintiff, the "Parties"), by and through their undersigned counsel, hereby respectfully request that the Court enter, and they hereby stipulate to the entry of, an order postponing by 30 days the trial date and corresponding pre-trial deadlines in the *Stipulation and Order Re: Modified Schedule and Case Management Conference* dated September 16, 2009 (Dkt No. 80). The 30-day postponement is necessary because new counsel has recently been substituted in for Defendants.

In support of their request, the Parties rely on the Declaration of Counsel (Declaration of Monali S. Sheth In Support Of Stipulation To Extend Deadlines In Case Management Order), filed concurrently herewith.

Dated: October 20, 2009     COTCHETT, PITRE & MCCARTHY

By: /s/ Niki Okcu
    Niki Okcu

    Attorneys for Plaintiff
    CLAIRE C. HAGGARTY

Dated: October 20, 2009     FARELLA BRAUN + MARTEL LLP

By: /s/ Thomas B. Mayhew
    Thomas B. Mayhew

    Attorneys for Defendants
    STRYKER ORTHOPAEDICS (AKA
    STRYKER ORTHOPEDICS; AKA
    STRYKER ORTHOPEDICS, INC.);
    HOWMEDICA OSTEONICS
    CORPORATION; STRYKER
    CORPORATION; and STRYKER SALES
    CORPORATION

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stipulation To Extend Deadlines In Case Management Order And [Proposed] Order, Case No. CV-08-01609-JCS

- 2 -

25094\2071169.1

Upon stipulation of the Parties and good cause shown, IT IS HEREBY ORDERED that *Stipulation and Order Re: Modified Schedule and Case Management Conference* dated September 16, 2009 (Dkt No. 80) is hereby vacated and that the trial date and corresponding pre-trial deadlines are reset as follows:

| Date | Event |
|---|---|
| December 2, 2009 | Last date to amend pleadings |
| March 26, 2010 | Date on which discovery on class will be complete |
| April 9, 2010 | Last date for plaintiffs to file a motion for class certification |
| May 7, 2010 | Last date for defendants to file opposition to plaintiffs' motion for class certification |
| May 21, 2010 | Last date for plaintiffs to file reply brief in support of motion for class certification |
| ~~June 7, 2010~~ June 11, 2010 at 9:00 a.m. | Last day to hear motion for class certification |
| August 23, 2010 | Last date to complete fact discovery |
| September 20, 2010 | Last date to file plaintiffs' expert reports |
| October 25, 2010 | Last date to file defendants' expert reports |
| ~~January 3, 2011~~ January 14, 2011 at 9:00 a.m. | Last day to hear dispositive motions |
| ~~March 9, 2011~~ April 4, 2011 at 2:00 p.m. | Pre-trial Conference |
| ~~March 30, 2011~~ April 25, 2011 at 8:00 a.m. | Trial |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Counsel are admonisued to familiarize themselves with the Court's calendar and Standing Orders. The proposed dates do not conform with the Court's calendar for hearings.

DATED: October 21, 2009

JEFFREY S WHITE
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stipulation To Extend Deadlines In Case Management Order And [Proposed] Order, Case No. CV-08-01609-JCS

- 3 -

25094\2071169.1