Neil A. Goteiner (State Bar No. 083524)
ngoteiner@fbm.com
Roderick M. Thompson (State Bar No. 96192)
rthompson@fbm.com
Thomas B. Mayhew (State Bar No. 183539)
tmayhew@fbm.com
Monali S. Sheth (State Bar No. 239511)
msheth@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendants
STRYKER ORTHOPAEDICS (AKA STRYKER ORTHOPEDICS; AKA STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION; and STRYKER SALES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLAIRE C. HAGGARTY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STRYKER ORTHOPAEDICS, (aka STRYKER ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION; and STRYKER SALES CORPORATION,<br><br>Defendants. | Case No.  CV-08-01609-JCS<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO AMEND STRYKER'S ANSWER TO THE FIRST AMENDED COMPLAINT** |

Plaintiff Claire C. Haggarty ("Plaintiff") and Defendants Stryker Orthopaedics (aka Stryker Orthopedics; aka Stryker Orthopedics, Inc.); Howmedica Osteonics Corporation; Stryker Corporation; and Stryker Sales Corporation (collectively "Stryker"), through their respective

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Stipulation And [Proposed] Order Amending Stryker's Answer To The First Amended Complaint, Case No. CV-08-01609-JCS

25094\2106598.1

counsel of record, present the following stipulation to the Court for approval:

WHEREAS Stryker seeks leave to amend its answer,

WHEREAS under Rule 15 of the Federal Rules of Civil Procedure, amendments to pleadings shall be liberally permitted as justice requires,

WHEREAS Plaintiff does not oppose the request for leave to amend the answer,

IT IS STIPULATED AND AGREED by Plaintiff and Stryker, through their respective counsel of record, that the Court should grant leave to Stryker to file the amended answer to the First Amended Complaint that is attached hereto as Exhibit A.

Dated: December 2, 2009

FARELLA BRAUN + MARTEL LLP

By: /s/ Thomas B. Mayhew
Thomas B. Mayhew

Attorneys for Defendants
STRYKER ORTHOPAEDICS (AKA STRYKER ORTHOPEDICS; AKA STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION; and STRYKER SALES CORPORATION

Dated: December 2, 2009

COTCHETT, PITRE & MCCARTHY

By: /s/ Niki B. Ocku
Niki B. Okcu

Attorneys for Plaintiff
CLAIRE C. HAGGARTY

IT IS SO ORDERED.

DATED: December 3, 2009

JEFFREY S. WHITE
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stipulation And [Proposed] Order Amending Stryker's Answer To The First Amended Complaint, Case No. CV-08-01609-JCS

- 2 -

25094\2106598.1