# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLAIRE C. HAGGARTY**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>**STRYKER ORTHOPAEDICS (aka STRYKER ORTHOPEDICS; aka STRYKER ORTHOPEDICS, INC.); HOWMEDICA OSTEONICS CORPORATION; STRYKER CORPORATION;** and **STRYKER SALES CORPORATION**.<br><br>Defendants. | Case No. CV-08-01609-JSW<br><br>**[PROPOSED]** ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE |

# ~~[PROPOSED]~~ ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: __April 13__, 2010

_____
THE HONORABLE JEFFREY S. WHITE